IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ANTHONY L. BEACHAM, :
:
    Plaintiff, :
:
    VS. :
: **1 : 09-CV-51 (WLS)**
MICHAEL J. ASTRUE, :
Commissioner of Social Security, :
:
    Defendant. :

**RECOMMENDATION**

The above-styled Social Security appeal is presently before the Court on Plaintiff's Motion for Attorney's Fees (Doc. 16). On March 26, 2010, the district court entered an order reversing the Commissioner's decision in this matter and remanding it to the administrative level for further proceedings (Doc. 14). On May 20, 2010, Plaintiff filed a Motion for Attorney's fees pursuant to 28 U.S.C. § 2412(d), a provision of the Equal Access to Justice Act, and 42 U.S.C. § 406(b), a provision of the Social Security Act (Doc. 16). Plaintiff's attorney seeks an award of attorney's fees in the amount of $ 5905.87, based on an hourly rate of $174.73 for 33.80 attorney work hours. The Commissioner has indicated that he does not oppose this petition for attorney's fees (Doc. 17).

DISCUSSION

The Equal Access to Justice Act ("EAJA"), as codified at 28 U.S.C. § 2412(d)(1)(A), provides that "a court shall award to a prevailing party other than the United States fees and other expenses, . . . incurred by that party in any civil action . . . brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the

United States was substantially justified or that special circumstances make an award unjust." Subsection (d)(2)(A) further provides that awards of attorney's fees shall be based on prevailing market rates for comparable services, but that fees in excess of $125 per hour shall not be awarded, "unless the court determines that an increase in the cost of living or a special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." Inasmuch as the Commissioner indicates that he has no objection to Plaintiff's petition, and thereby appears to concede that the market rate is that requested by Plaintiff, the undersigned RECOMMENDS that Plaintiff's Motion for Attorney's Fees be **GRANTED.** The undersigned further RECOMMENDS that the Social Security Administration be **DIRECTED** to forward to Plaintiff's attorney forthwith $ 5905.87, said sum representing compensation for 33.80 hours of attorney work performed at a rate of $174.73 per hour.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to the recommendations contained herein with the Honorable W. Louis Sands, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this Recommendation.

**SO RECOMMENDED**, this 8th day of April, 2011.

s/ ***THOMAS Q. LANGSTAFF***

UNITED STATES MAGISTRATE JUDGE

llf