IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ANTHONY L. BEACHAM, :
:
    Plaintiff, :
: Case No. 1:09-cv-51 (WLS)
v. :
:
MICHAEL J. ASTRUE, *Commissioner of* :
*Social Security*, :
:
    Defendant. :
_____:

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed April 8, 2011. (Doc. 18). It is recommended that Plaintiff's Motion for Attorney's Fees, filed pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and the Social Security Act, 18 U.S.C. § 406(b) (Doc. 16), be granted and that compensation for attorney's fees in the amount of $5,905.87 be forwarded to Plaintiff's attorney.[1] (Doc. 18 at 2).

The Report and Recommendation provided the Parties with fourteen (14) days[2] from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for objections expired on Monday, April 25, 2011, and no objections have been filed to date. (*See* generally Docket).

Upon full review and consideration of the record, the Court therefore finds that said Report and Recommendation (Doc. 18) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

---

[1] This total is based on an hourly rate of $174.73 for 33.80 attorney work hours. (Doc. 16-1 at 4).
[2] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

1

Accordingly, Defendant is **ORDERED** to forward payment in the amount of $5,905.87 to Plaintiff's attorney by direct deposit.

**SO ORDERED**, this  26th  day of April 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**